Matter of Attorneys in Violation of Judiciary Law § 468-a (Veasey)
2026 NY Slip Op 03870
June 18, 2026
Appellate Division, Third Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of Attorneys in Violation of Judiciary Law § 468-a. Attorney Grievance Committee for the Third Judicial Department, Petitioner; Robyn Anne Veasey, Respondent. (Attorney Registration No. 4255006.)

Decided and Entered:June 18, 2026
PM-126-26
Calendar Date: May 26, 2026
Before: Pritzker, J.P., Reynolds Fitzgerald, Ceresia, Mackey And Ryba, JJ., Concur.

Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.
Robyn Anne Veasey, Trenton, New Jersey, respondent pro se.

[*1]
Motion by respondent for an order reinstating her to the practice of law following her suspension by May 2019 order of this Court (Matter of Attorneys in Violation of Judiciary Law § 468-a, 172 AD3d 1706, 1757 [3d Dept 2019]; see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.16; Rules of App Div, 3d Dept [22 NYCRR] § 806.16).
Upon reading respondent's notice of motion and affidavit with exhibits sworn to April 15, 2026, the supplemental affidavit with exhibits sworn to by respondent on April 21, 2026 and the May 18, 2026 responsive correspondence from the Attorney Grievance Committee for the Third Judicial Department, and having determined, by clear and convincing evidence, that (1) respondent has satisfied the requirements of Rules of the Appellate Division, Third Department (22 NYCRR) § 806.16 (c) (5) (see generally Rules of App Div, All Depts [22 NYCRR] part 1500, appendix A, § 6), (2) respondent has complied with the order of suspension and the rules of this Court, (3) respondent has the requisite character and fitness to practice law, and (4) it would be in the public interest to reinstate respondent to the practice of law (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.16 [a]), it is
ORDERED that respondent's motion for reinstatement is granted; and it is further
ORDERED that respondent is reinstated as an attorney and counselor-at-law, effective immediately.
Pritzker, J.P., Reynolds Fitzgerald, Ceresia, Mackey and Ryba, JJ., concur.